**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**RODNEY CHARLES WHITE, SR.**                                                          **PLAINTIFF**
**ADC #109629**

v.                                                    4:09-CV-00090-WRW

**ARKANSAS BOARD OF
PARDONS & PAROLES** *et al.*                                                       **DEFENDANTS**


## JUDGMENT

Based on the Order filed this date, Judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this <u>14th</u> day of April, 2009.


                                                                    /s/ Wm. R. Wilson, Jr.
                                                                    UNITED STATES DISTRICT JUDGE